UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:24-mj-329

       vs.                            HON. SALLY J. BERENS
                                      U.S. Magistrate Judge
KAI LIVINGSTON PACKER,

        Defendant.
_____/

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

The United States of America, by and through its attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Joel S. Fauson, Assistant United States Attorney, hereby moves the Court for leave to file a document under restricted access in the above-entitled case in order to protect the sensitive nature of information contained within, as agreed to by the parties to that document. A proposed order is attached hereto.

                                                  Respectfully submitted,

                                                  MARK A. TOTTEN
                                                  United States Attorney

Date: September 23, 2024               */s/ Joel S. Fauson*
                                                  JOEL S. FAUSON
                                                  Assistant United States Attorney
                                                  P.O. Box 208,
                                                  Grand Rapids, Michigan 49501
                                                  (616) 456-2404

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:24-mj-329

     vs.                        HON. SALLY J. BERENS
                                  U.S. Magistrate Judge

KAI LIVINGSTON PACKER,

        Defendant.
_____/

## **ORDER**

The United States, having moved the Court for leave to file a document under restricted access, with Defendant's consent and agreement, and having shown good cause,

IT IS HEREBY ORDERED that leave of Court is granted for the filing of the document under restricted access.


Dated: _____                           _____
                                                                          HON. SALLY J. BERENS
                                                                                                   U.S. Magistrate Judge